**Col. Wingate WHITE, Warden, Louisiana State Penitentiary, et al.**

No. 48824.

Sept. 29, 1967.

Writ refused. The application is insufficient to warrant the exercise of our supervisory jurisdiction.

202 So.2d 651

**Johnny Wray LEVASSEUR**

v.

**Wingate M. WHITE, Warden, et al.**

No. 48917.

Sept. 29, 1967.

Writs refused. The showing made in the application is insufficient to warrant the exercise of our supervisory jurisdiction. No errors in the documents sought are alleged.

202 So.2d 651

**Homer DAVIDSON**

v.

**Wingate M. WHITE, Warden, Louisiana State Penitentiary, Angola, Louisiana, et al.**

No. 48921.

Sept. 29, 1967.

Writ refused. The showing made is not sufficient to warrant the exercise of our original or supervisory jurisdiction.